IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON E. OTT,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>                Defendant. | 8:12-CV-71<br><br>MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

      The plaintiff, a non-prisoner, has filed an Application to Proceed in Forma Pauperis (filing 2). The allegations in the application would sufficiently prove the plaintiff's eligibility to proceed in forma pauperis, if properly supported. However, an application to proceed in forma pauperis must be supported by an *affidavit* containing the required information. *See,* 28 U.S.C. § 1915(a)(1); NECivR 3.3(a); *Nerness v. Johnson,* 401 F.3d 874 (8th Cir. 2005). An "affidavit" is a written statement "'the truth of which is *sworn* to before someone who is authorized to administer an oath.'" *See Elder-Keep v. Aksamit,* 460 F.3d 979, 984 (8th Cir. 2006) (emphasis in original). For instance, a notary public may administer an oath. *See,* Neb. Rev. Stat. § 25-1245; *In re Interest of Fedalina G.,* 721 N.W.2d 638 (Neb. 2006).

      The plaintiff's application is signed, but not sworn to. Therefore, it is insufficient to meet the requirements of § 1915(a)(1) and rule 3.3(a). The plaintiff's application is denied without prejudice to the filing of another application, supported by a sworn poverty affidavit.

      IT IS ORDERED that the plaintiff's Application to Proceed in Forma Pauperis, filing 2, is denied without prejudice.

      Dated this 22nd day of February, 2012.

                                                          BY THE COURT:

                                                          *s/ John M. Gerrard*
                                                          John M. Gerrard
                                                          United States District Judge